**Form OSTRKCE** (12/15)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Jeffrey R Cullen**<br>314 East Washington Street<br>DeWitt, MI 48820<br>SSN: xxx–xx–1151<br><br>**Debtor** | **Case Number 17–05520–swd**<br><br>**Chapter 13**<br><br>**Honorable Scott W. Dales** |

# NOTICE OF DEFECTIVE CLAIM

In the above–noted case, the Clerk of the Bankruptcy Court has determined that pursuant to LBR 5005–2(e), the following proof of claim presented for filing is deemed defective:

Claim Number: 1

Name of Claimant: Snap On Credit

Reason for Defect: Other This claim has a watermark across it. This is not permitted in our Court. Please correct and re–file.

NOTICE IS FURTHER GIVEN that the following action must be taken.

☑ Document needs to be re–filed
☐

If you have any questions, please contact the ECF HelpDesk by e:mailing ecfhelpdeskmiwb@miwb.uscourts.gov , calling (616) 456–2693 or by using online chat via www.miwb.uscourts.gov

_Daniel M. LaVille_
Daniel M. LaVille
Clerk of Court

**Dated:** February 27, 2018