UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| In re: | Chapter 7 |
| Jeffrey R. Cullen, | Case No. 17-05520-swd |
| Debtor. | Hon. Scott W. Dales |
| _____/ | |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE PROVISIONS OF FRBP 4001(A)(3)**

Claimant, Looking Glass River, LLC ("Claimant"), by and through its attorneys, Savage Legal Group, PC, and Debtor, Jeffrey R. Cullen, through his attorneys, Cuzydlo Law Group, PLLC, entered into a Stipulation to Lift the Automatic Stay real property located at 314 E. Washington, DeWitt, Michigan 48820 (the Property), and for entry of an Order Waiving the Provisions of FRBP 4001(a)(3). After reviewing the Stipulation and the Court being fully advised, now therefore,

IT IS HEREBY ORDERED that the automatic stay in this matter, effective pursuant to 11 USC 362 be, and the same hereby is, lifted to allow Claimant to take all actions with respect to the said real property, that Claimant is entitled to take under applicable non-bankruptcy law.

IT IS FURTHER ORDERED that this order is effective immediately upon entry by this Court, notwithstanding the provisions of FRBP 4001(a)(3).

END OF ORDER

Prepared by:
Kimberly L. Savage (P68267)
Savage Legal Group, PC
1483 Haslett Road
Haslett, Michigan 48840
(517) 515-5000
kim@savagelegalgroup.com

**IT IS SO ORDERED.**

Dated May 4, 2018



_____
Scott W. Dales
United States Bankruptcy Judge